IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **GLENN MATTHEW TRACCHIA,** | 2:-06-CV-2916 GEB KJM P |
| Plaintiff, | **ORDER** |
| v. | |
| **JAMES TILTON, ET AL,** | |
| Defendants. | |

Defendants' first request for an extension of time to respond to Plaintiff's Requests for Admissions (docket no. 21) was considered by this Court. Good cause appearing, IT IS HEREBY ORDERED that Defendants Tilton and Clark have an extension of time to respond to Plaintiff's Requests for Admissions served on June 25, 2008, pending the Court's decision on Defendants' Motion for Protective Order re Plaintiff's Requests for Admissions. If the Court denies the Plaintiff's Motion for Protective Order, Defendant will have thirty days from the date of denial of the motion in which to serve responses to Plaintiff's Requests for Admissions.

DATED: August 19, 2008.

_____
U.S. MAGISTRATE JUDGE

1