IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **GLENN MATTHEW TRACCHIA,** | 2:-06-CV-2916 GEB KJM P |
| Plaintiff, | **ORDER** |
| v. | |
| **JAMES TILTON, ET AL,** | |
| Defendants. | |

Defendants' first request for an extension of time to respond to Plaintiff's Interrogatories (docket no. 20) was considered by this Court. Good cause appearing, IT IS HEREBY ORDERED that Defendants Tilton and Clark have an extension of time to and including September 2, 2008, in which to respond to Plaintiff's Interrogatories served on June 25, 2008.

DATED: August 19, 2008.

_____
U.S. MAGISTRATE JUDGE

1