IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **GLENN MATTHEW TRACCHIA,** | 2:-06-CV-2916 GEB KJM P |
| Plaintiff, | **ORDER** |
| v. | |
| **JAMES TILTON, ET AL.,** | |
| Defendants. | |

Defendants' second request for an extension of time to respond to Plaintiff's Interrogatories was considered by this Court.

Good cause appearing, IT IS HEREBY ORDERED that Defendants Tilton's and Clark's request (docket no. 27) is granted and defendants have additional time, up to and including September 24, 2008, in which to respond to Plaintiff's Interrogatories served on June 25, 2008.

Date: September 8, 2008.

_____
U.S. MAGISTRATE JUDGE

Order

1