IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **GLENN MATTHEW TRACCHIA,** | 2:06-CV-2916 GEB KJM P |
| Plaintiff, | **ORDER GRANTING REQUEST TO VACATE PRETRIAL AND TRIAL DATES** |
| v. | |
| **JAMES TILTON, et al.,** | |
| Defendants. | |

The Court has considered Defendants' motion to vacate the pretrial and trial dates pending a decision on their motion for summary judgment. For good cause shown, the motion (docket no. 41) is granted and the deadlines for filing of the parties' pretrial statements, the pretrial conference set for February 20, 2009, and the trial set to begin on May 9, 2008, are vacated. These dates shall be rescheduled, if need be, after the Court rules on Defendants' motion for summary judgment.

**IT IS SO ORDERED.**

DATED: January 8, 2009.

_____
U.S. MAGISTRATE JUDGE

Order Granting Request to Vacate Pretrial and Trial Dates

1